FILED
NOV 0 1 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: DR:10-CR-01575(1)-DLB |
| (1) DOROTEO FRANCO-ARELLANO | § | |

### ORDER REVOKING SUPERVISED RELEASE AND RE-SENTENCING DEFENDANT

On **October 23, 2012**, came on to be heard before the Court, the Government's Petition to Revoke the Defendant's term of supervised release filed on **February 15, 2012**. The defendant, **(1) DOROTEO FRANCO-ARELLANO**, appeared with his attorney **Joseph Anthony Cordova**, and the government appeared by Assistant United States Attorney, **Kate Nielsen**, in the above-entitled and numbered criminal action.

The defendant pled true to the Violations.

The Court finds that the defendant has violated the terms and conditions of his supervised release as alleged in the said petition. Thus, the Government's petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **April 8, 2011**, as set out in the judgment entered on **April 8, 2011**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(1) DOROTEO FRANCO-ARELLANO**, be committed to the custody of the U.S. Bureau of Prisons for a term of **Six (6) months to run consecutively to DR-12-CR-252 (1) DLB**, pursuant to 18 U.S.C. § 3583(e)(3).

No further term of supervised release is imposed.

SIGNED on this  31st  day of October, 2012.

Signed By:
David L. Bunning
United States District Judge

DAVID L. BUNNING
UNITED STATES DISTRICT JUDGE

## RETURN

I have executed this Revocation Order as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal